**97–2562. State v. Ackison.**
Fairfield App. No. 96CA0064. On motion for leave to file delayed appeal. Motion granted.
RESNICK and F.E. SWEENEY, JJ., dissent.

**97–2717. State v. Thomas.**
Hamilton App. No. C–960242. On motion for leave to file delayed appeal. Motion granted.
F.E. SWEENEY, J., dissents.

**97–2718. State v. Walsh.**
Union App. No. 14–97–20. On motion for leave to file delayed appeal. Motion granted.
RESNICK and F.E. SWEENEY, JJ., dissent.

**98–69. Berlekamp Plastics, Inc. v. Buckeye Union Ins. Co.**
Sandusky App. No. S–97–004. On review of order certifying a conflict. The following issue was certified to this court by the Sandusky County Court of Appeals:

"*Berlekamp Plastics, Inc. v. Buckeye Union Insurance Company* (Oct. 31, 1997), Sandusky App. No. S–97–004, unreported [1997 WL 679604], is certified to the Supreme Court of Ohio as being in conflict with *Millers Mut. Ins. Co. v. Plastivax, Inc.* (1996), 113 Ohio App.3d 67 [681 N.E.2d 678], on the issue of whether, in a case involving an employer intentional tort, an 'expected or intended' injury exclusion in a commercial general liability insurance policy is ineffective unless it is shown that the insured/employer not only intended the act leading to the harm but also intended the particular resulting injury."

The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B). This cause is therefore dismissed.

MOYER, C.J., F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.
DOUGLAS and COOK, JJ., dissent.
RESNICK, J., not participating.

**98–110. State v. Welch.**
Portage App. 97–P–0015. On motion for stay. Motion granted.

**98–178. Boatmen's Natl. Mtge., Inc. v. Zageris.**
Franklin App. No. 97APE04–503. On motion for stay. Motion denied.

## DISCRETIONARY APPEALS ALLOWED

**97–2341. Sudnek v. Klein.**
Geauga App. No. 96–G–2018.
RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

**97–2342. Wightman v. Consol. Rail Corp.**
Erie App. No. E–97–001. (Appeal of Darlene M. Wightman and The Michelle Wightman Charitable Foundation; and cross-appeal of Consolidated Rail Corporation.)
The discretionary appeal is allowed.
COOK, J., dissents.
The discretionary cross-appeal is allowed.
F.E. SWEENEY, J., dissents.
The motion for admission *pro hac vice* of Ralph G. Wellington and Nancy Winkelman is granted.

**97–2435. Ritchey Produce Co. v. Ohio Dept. of Adm. Serv.**
Franklin App. No. 97APE04–567.
RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**97–2492. State v. Snell.**
Seneca App. No. 13–97–20. Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.